LANSDALE v. STATE. (8·Div. 94.) (Court of Appeals of Alabama. May 29, 1923.) Appeal from Lawrence County Court; W. R. Jackson, Judge.

SAMFORD, J. Appeal dismissed.

_____

(94 South. 925)

LAVINGHOUSE v. STATE. (1 Div. 460.) (Court of Appeals of Alabama. Nov: 21, 1922.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge.

BRICKEN, P. J. Appeal dismissed.

_____

(98 South. 924)

LEE, Auditor, v. HANKS. (3 Div. 464.) (Court of Appeals of Alabama.' July 10, 1923. Rehearing Denied Feb. 5, 1924.) Appeal from Circuit Court, Montgomery County; Leon McCord, Judge. Harwell G. Davis, Atty. Gen., and A. A. Evans, Special Asst. Atty. Gen., for appellant. C. P. McIntyre, of Montgomery, for appellee.

SAMFORD, J. The judgment granting the writ of mandamus is affirmed.

PER CURIAM. Pending this appeal, the questions involved have become moot, and the application is therefore dismissed, and peremptory writ ordered not to issue.

_____

(95 South. 925)

LEMLEY v. STATE. (8 Div. 916.) (Court of Appeals of Alabama. April 3, 1923.) Appeal from Circuit Court, Madison County; Robert C. Brickell, Judge. Chas. T. Grimmett, of Huntsville, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Affirmed.

_____

(94 South. 925)

LEMON v. STATE. (1 Div. 486.) (Court of Appeals of Alabama. Nov. 21, 1922.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge.

MERRITT, J. The defendant in this case was convicted of the offense of assault, and he appeals. There is no bill of exceptions in the record, and the time for filing one has expired. We find no error in the record, and the judgment appealed from is affirmed. Affirmed.

_____

(98 South. 924)

. Luther T. LONG v. STATE. (1 Div. 543.) (Court of Appeals of Alabama. Nov 20, 1923.) Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge. Tisdale J. Touart, of Mobile, for appellant. Harwell G. Davis, Atty. Gen., for the State.

FOSTER, J. Affirmed.

_____

(97 South. 924)

LOUISVILLE & N. R. CO. v. S. C. HARKNESS. (6 Div. 237.) (Court of Appeals of Alabama. Oct. 16, 1923.) Appeal from Circuit Court, Jefferson County; Romaine Boyd, Judge. Tillman, Bradley & Baldwin and A. K.

Foster, all of Birmingham, for appellant. John W. Altman, of Birmingham, for appellee.

SAMFORD, J. The affirmative charge for defendant, was properly refused. L. & N. R. Co. v. Marbury Lumber Co., 125 Ala. 254; 28 South. 438, 50 L. R. A. 620; A. G. S. R. Co. v. Moody, 90 Ala. 46, 8 South. 57; Roman v. Lentz, 177 Ala. 64, 58 South. 438. Affirmed.

_____

(96 South. 941)

LOWERY v. STATE. (8 Div. 47.) (Court of Appeals of Alabama. May 29, 1923.) Appeal from Circuit Court, Marshall County; W. W. Haralson, Judge.

SAMFORD, J. Appeal dismissed.

_____

(97 South. 924)

R. C. LOWERY v. STATE. (4 Div. 868.) (Court of Appeals of Alabama. June 30, 1923.) Appeal from Circuit Court, Crenshaw County; Arthur E. Gamble, Judge.

SAMFORD, J. Affirmed.

_____

(96 South. 941)

LOWERY v. WADSWORTH. (6 Div. 234.) (Court of Appeals of Alabama. May 8, 1923.) Appeal from Circuit Court, Blount County; O. A. Steele, Judge.

FOSTER, J. Appeal dismissed.

_____

(94 South. 925)

McCALL v. STATE. (1 Div. 466.) (Court of Appeals of Alabama. Nov. 21, 1922.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge.

MERRITT, J. Appeal dismissed.

_____

(97 South. 924)

Carrie McCANTS v. STATE. (4 Div. 847.) (Court of Appeals of Alabama. June 30, 1923.) Appeal from Circuit Court, Barbour County; J. S. Williams, Judge. McDowell & McDowell, of Eufaula, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. The evidence is not sufficient to sustain the charge of having liquor in her possession, and the cause is reversed and remanded. Kirkland v. State, 18 Ala. App. 690, 93 South. 926. Reversed and remanded.

_____

(98 South. 924)

J. A. McCOY v. STATE. (7 Div. 922.) (Court of Appeals of Alabama. Jan. 22, 1924.) Appeal from Circuit Court, Cleburne County; A. P. Agee, Judge.

BRICKEN, P. J. Appeal dismissed.

_____

(98 South. 924)

Charlie McDUFFIE v. STATE. (1 Div. 539.) (Court of Appeals of Alabama. Nov. 20, 1923.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.

SAMFORD, J. Affirmed on authority of Taylor v. State, 18 Ala. App. 485, 93 South. 215.